Jonathan D. Selbin (SBN 170222)
   jselbin@lchb.com
H. John Gutierrez (SBN 235406)
   hjgutierrez@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3336
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

*Attorneys for Plaintiffs*

(Additional Counsel Appearing on Signature Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*E-FILED - 8/3/07*

| | |
|---|---|
| IRENE HOEY, LANCE JONES, STEVE GUYSHAN and CHARLES BRANNON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.<br><br>    Defendant. | Civil Action No. C07-02106 RMW<br><br>**STIPULATION AND []<br>ORDER CONTINUING HEARING AND<br>INITIAL CASE MANAGEMENT<br>CONFERENCE**<br><br>**[Local Rule 6-2]**<br><br>Courtroom: 6<br>Judge:   Hon. Ronald M. Whyte |

     This Stipulation and [] Order continuing the hearing regarding defendant Sony Electronics Inc.'s ("Sony") Motion to Dismiss and initial Case Management Conference is entered into by and between Plaintiffs Irene Hoey, Lance Jones, Steve Guyshan and Charles Brannon ("Plaintiffs"), on the one hand, and defendant Sony, on the other hand, by and through their respective counsel of record, with reference to the following facts:

     1.    Sony noticed the hearing regarding its Motion to Dismiss for August 31, 2007. The initial Case Management Conference in this action is also currently set for that date.

1      2.    Due to a scheduling conflict that has arisen, counsel for the Plaintiffs is
2  unable to attend this hearing and initial Case Management Conference.

3      3.    The parties have agreed to continue the hearing on Sony's Motion to
4  Dismiss and the initial Case Management Conference to September 28, 2007, if that date is
5  convenient for the Court.  *See* Declaration of Jonathan D. Selbin in Support of Stipulation and
6  [Proposed] Order Changing Time ("Selbin Decl.") ¶ 3.  The parties also have agreed that
7  Plaintiffs' last day to file and serve their Opposition to the Motion to Dismiss shall remain August
8  7, 2007, and Sony's last day to file and serve its Reply in support of its Motion to Dismiss shall
9  be August 31, 2007.  *See id.*

10     3.    The parties expect that moving the hearing date and Case Management
11 Conference will have no effect on the other dates proposed in paragraph 17 of the Joint Case
12 Management Statement submitted July 24, 2007.

13     NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to the Court's
14 approval, that the hearing on Plaintiffs' Motion to Dismiss and the initial Case Management
15 Conference shall be continued to September 28, 2007 at 9:00 a.m. and 10:30 a.m., respectively.

16     IT IS FURTHER STIPULATED, subject to the Court's approval, that Plaintiffs'
17 last day to file and serve their Opposition to Sony's Motion to Dismiss shall be August 7, 2007;
18 and Sony's last day to file and serve its Reply in support of its Motion to Dismiss shall be
19 August 31, 2007.

20 Dated: August 1, 2007        Respectfully submitted,
21                           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

22                           By:   /s/ Jonathan D. Selbin
23                               Jonathan D. Selbin

24                           Jonathan D. Selbin (SBN 170222)
                          H. John Gutierrez (SBN 235406)
25                           LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
26                           275 Battery Street, 30th Floor
                          San Francisco, California 94111-3336
27                           Telephone:   (415) 956-1000
                          Facsimile:   (415) 956-1008

28

1  Paul R. Kiesel (SBN 119854)
2  Patrick DeBlase (SBN 167138)
   KIESEL, BOUCHER, & LARSON LLP
3  8648 Wilshire Boulevard
   Beverly Hills, California 90211-2910
4  Telephone:  (310) 854-4444
   Facsimile:    (310) 854-0812

5  John L. Malesovas
   MALESOVAS & MARTIN, LLP
6  425 Austin Ave., 10th Floor
   Waco, TX 76701
7  Telephone:  (254) 753-1777
   Facsimile:    (254) 755-6400

8
   Anthony L. Vitullo
9  FEE, SMITH, SHARP & VITULLO, L.L.P.
   Three Galleria Tower
10 13155 Noel Road, Suite 1000
   Dallas, TX  75240-6602
11 Telephone:  (972) 934-9100
   Facsimile:    (972) 934-9200
12
           *Attorneys for Plaintiffs and the proposed Class*
13
   DLA PIPER US LLP
14

15
   By:    /s/ Luanne Sacks
16             Luanne Sacks

17 Luanne Sacks (SBN 120811)
   DLA PIPER
18 153 Townsend Street, Suite 800
   San Francisco, CA  94107
19 Telephone:  (415) 836-2500
   Telecopier:  (415) 836-2501
20

21         *Attorneys for Defendant Sony Electronics Inc.*

22

23
          PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:
24
          1.      The hearing regarding defendant Sony Electronics Inc.'s ("Sony") Motion to
25
   Dismiss and the initial Case Management Conference, currently scheduled for August 31, 2007 at
26
   9:00 a.m. and 10:30 a.m., respectively, shall be continued to September 28, 2007 at 9:00 a.m. and
27
   10:30 a.m., respectively.
28

721165.2                                    - 3 -                STIPULATION AND [] ORDER
                                                                       CHANGING TIME
                                                                 CASE NO. C07-02106 RMW

1       2.     Plaintiffs' last day to file and serve their Opposition to Sony's Motion to Dismiss
2 shall be August 7, 2007.
3       3.     Sony's last day to file and serve its Reply in support of its Motion to Dismiss shall
4 be August 31, 2007.
5 IT IS SO ORDERED.

6
7 Dated: ___8/7___, 2007     By: _*Ronald M. Whyte*_____
8                                        THE HONORABLE RONALD M. WHYTE
                                         United States District Court Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28