Jonathan D. Selbin (State Bar No. 170222)
H. John Gutierrez (SBN 235406)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, California 94111-3336
Telephone:   (415) 956-1000
Facsimile:   (415) 956-1008

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE HOEY, LANCE JONES, STEVE GUYSHAN and CHARLES BRANNON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS, INC.<br><br>Defendant. | Case No. 07-02106<br><br>**CLASS ACTION**<br><br>**VENUE AFFIDAVIT OF IRENE HOEY** |

IRENE HOEY, being duly sworn, upon oath, deposes and says as follows:

1. I am over the age of 18.

2. I am a resident of the County of San Benito, California.

3. I own a Sony Vaio GRZ660 notebook computer. This computer is the subject of my claims against Sony Electronics, Inc. I purchased this GRZ660 notebook computer on March 16, 2003 at Circuit City in Salinas, CA.

Under penalty of perjury of the laws of California and the United States, I swear that I believe the foregoing is true and correct.

DATED: ~~June~~ July 13, 2007

_____
Irene Hoey

## ACKNOWLEDGMENT

State of California      )
                         ) ss
County of San Benito     )

On ~~June~~ July 13, 2007, before me, _Irene Hoey_____, personally appeared IRENE HOEY, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_____
Notary Public

JOANNA HUITT
Commission # 1714317
Notary Public - California
San Mateo County
My Comm. Expires Jan 6, 2011

707941.1    - 2 -    AFFIDAVIT OF IRENE HOEY
                     CASE NO. _____