LUANNE SACKS (Bar No. 120811)
luanne.sacks@dlapiper.com
CARTER W. OTT (Bar No. 221660)
carter.ott@dlapiper.com
DLA PIPER US LLP
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Tel: 415.836.2500
Fax: 415.836.2501

Attorneys for Defendant
SONY ELECTRONICS INC.

*E-FILED - 2/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRENE HOEY, LANCE JONES, STEVE GUYSHAN and CHARLES BRANNON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY ELECTRONICS INC.,<br><br>Defendant. | CASE NO. C07-02106 (RMW)<br><br>**STIPULATION AND [XXXXXXXXXXX] ORDER CONTINUING DATE FOR DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Courtroom: 6<br>Judge: Honorable Ronald M. Whyte |

The parties hereby stipulate to extend Defendant Sony Electronics Inc.'s last day to file and serve a Reply in support of its Motion to Dismiss Amended Complaint from January 25, 2008 to January 29, 2008.

IT IS SO STIPULATED.

Dated: January 17, 2008

DLA PIPER US LLP

By _____
LUANNE SACKS
CARTER W. OTT
Attorneys for Defendant
SONY ELECTRONICS INC.

-1-
SF\3140678.1  STIPULATION AND [XXXXXXXX] ORDER CONTINUING DATE FOR DEFENDANT'S REPLY IN
SUPPORT OF ITS MOTION TO DISMISS                                    CASE NO. C-07-02106-RMW

Dated: January 17, 2008

LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By _____ FOR
JONATHAN D. SELBIN
Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: 2/14/08

*Ronald M. Whyte*

HONORABLE RONALD H. WHYTE
Judge of the U.S. District Court

-2-
STIPULATION AND [XXXXXXXX] ORDER CONTINUING DATE FOR DEFENDANT'S REPLY IN
SUPPORT OF ITS MOTION TO DISMISS
CASE NO. C-07-02106-RMW

DLA Piper US LLP
San Francisco
SF\3140678.1